UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

      v.

DYLLAN M. BARBER,

           Defendant.
_____

20-MJ-1187-JJM

NOTICE OF MOTION

| | |
|---|---|
| **MOTION BY:** | Brian P. Comerford, Assistant Federal Public Defender. |
| **DATE, TIME & PLACE:** | Before the Honorable Jeremiah J. McCarthy, United States Magistrate Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York, **on the papers.** |
| **SUPPORTING PAPERS:** | Affirmation of Assistant Federal Public Defender Brian P. Comerford, dated August 6, 2021. |
| **RELIEF REQUESTED:** | Adjournment of Rule 48(b) dismissal date for thirty (30) days. |
| **DATED:** | Buffalo, New York, August 6, 2021. |

Respectfully submitted,

**/s/ Brian P. Comerford**
Brian P. Comerford
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
brian_comerford@fd.org
*Counsel for Defendant Dyllan M. Barber*

**TO:** Jeffrey T. Fiut
       Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | 20-MJ-1187-JJM |
| v. | |
| DYLLAN M. BARBER, | **AFFIRMATION** |
| Defendant. | |

_____

**BRIAN P. COMERFORD,** affirms under penalty of perjury that:

1.   I represent the defendant Dyllan Barber.  This case is scheduled for a Rule 48(b) dismissal on August 24, 2021.  I respectfully request that the Court adjourn this for approximately 30 days.

2.   The Government has provided discovery and I have reviewed these materials with Mr. Barber. The Government has also provided a favorable Plea Agreement, which they have indicated will not be available if this case is indicted.  My office recently had Mr. Barber evaluated by a Mental Health Professional, and we need additional time to obtain and review the results of that evaluation.

3.   I have discussed this request with Assistant United States Attorney Jeffery Fiut and he has indicated that the Government is not opposed to this adjournment, but will not agree to any additional extensions.

4. Mr. Barber is presently on pretrial release and is compliant with his conditions.

5. We agree that the intervening time should be excluded under the Speedy Trial Act.

For all of these reasons, I respectfully request that the Court adjourn the 48(b) deadline for 30 days.

**DATED**:  Buffalo, New York, August 6, 2021.

Respectfully submitted,

**/s/Brian P. Comerford**
Brian P. Comerford
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
brian_comerford@fd.org
*Counsel for Defendant Dyllan M. Barber*

**TO:**  Jeffrey T. Fiut
Assistant United States Attorney