IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.  21-CR-145-JLS

DYLLAN BARBER,

Defendant.



## INFORMATION

### COUNT 1
### (Cyberstalking)

**The United States Attorney Charges That:**

Between on or about November 30, 2019, and on or about December 1, 2019, in the Western District of New York, the defendant, **DYLLAN BARBER**, with the intent to injure, harass, and intimidate another person, that is, Victim 1, a person known to the United States Attorney, did knowingly use an electronic communication service and an electronic communication system of interstate commerce, namely, Snapchat, and a facility of interstate and foreign commerce, namely, the internet, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause, substantial emotional distress to Victim 1.

**All in violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261(b)(5).**

DATED: Buffalo, New York, October 18, 2021.

                                    TRINI E. ROSS
                                    United States Attorney

BY:    /s/ Jeffrey T. Fiut
        JEFFREY T. FIUT
        Special Assistant United States Attorney
        United States Attorney's Office
        Western District of New York
        138 Delaware Avenue
        Buffalo, New York 14202
        716/843-5796
        Jeffrey.Fiut@usdoj.gov