## HON. JOHN L. SINATRA, JR.
### Sentencing Timeline

USA v.  Dyllan Barber                              Case #  21-cr-145

**FAILURE TO ADHERE TO THESE DEADLINES WILL RESULT IN AN ADJOURNMENT OF SENTENCING**

| | |
|---|---|
| Presentence Report to Defendant, Defendant's Counsel & AUSA — 45 days prior | Due: March 7, 2022 |
| Statements with Respect to Sentencing Factors / Objections to Presentence Report / Sentencing Motions & Sentencing Memoranda — 31 days prior | Due: March 21, 2022 |
| Responses to Sentencing Motions / Responses to Sentencing Memoranda / Responses to Objections — 21 days prior | Due: March 30, 2022 |
| Presentence Report to Court — 14 days prior / Character Letters — 14 days prior | Due: April 6, 2022 |
| Motions to Adjourn — 10 days prior | Due: April 10, 2022 |
| Sentencing Date — at least 120 days after the plea | Date: April 20, 2022  Time: 2:00 PM |

*Date of Plea:  10/18/2021*