UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

           v.

DYLLAN M. BARBER,

           Defendant.

_____

21-CR-145-JLS

NOTICE OF MOTION

| | |
|---|---|
| **MOTION BY:** | Brian P. Comerford, Assistant Federal Public Defender. |
| **DATE, TIME & PLACE:** | Before the Honorable John L. Sinatra, Jr., United States District Court Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York, **on the papers.** |
| **SUPPORTING PAPERS:** | Affirmation of Assistant Federal Public Defender Brian P. Comerford, dated March 21, 2022. |
| **RELIEF REQUESTED:** | Brief adjournment of Sentencing submissions. |
| **DATED:** | Buffalo, New York, March 21, 2022. |

Respectfully submitted,

**/s/ Brian P. Comerford**
Brian P. Comerford
Supervisory Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
brian_comerford@fd.org
*Counsel for Defendant Dyllan M. Barber*

**TO:**   Jeffrey T. Fiut
        Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,                                  21-CR-145-JLS

      v.

                                                                                  **AFFIRMATION**

DYLLAN M. BARBER,

              Defendant.
_____

      **BRIAN P. COMERFORD,** affirms under penalty of perjury that:

1.       I represent the defendant, Dyllan Barber.

2.       The defense sentencing memorandum is due today, March 21, 2022.  Mr. Barber and his family are still in the process of submitting letters, and I need until this Friday to complete the memorandum.  I respectfully request that the Court permit me to file the sentencing memorandum by this Friday, March 25, 2022.

3.       I have discussed this request with Assistant U.S. Attorney Dawn Carter and she has indicated that the Government has no objection.

      **DATED**:  Buffalo, New York, March 21, 2022.

                                            Respectfully submitted,

                                            **/s/Brian P. Comerford**
                                            Brian P. Comerford
                                            Supervisory Assistant Federal Public Defender
                                            Federal Public Defender's Office
                                            300 Pearl Street, Suite 200
                                            Buffalo, New York 14202
                                            (716) 551-3341, (716) 551-3346 (Fax)
                                            brian_comerford@fd.org
                                            *Counsel for Defendant Dyllan M. Barber*

2

**TO:**   Jeffrey T. Fiut
Assistant United States Attorney