*United States v. Dyllan Barber*

**21-CR-145-JLS**

# DEFENDANT'S EXHIBIT A

Saturday, March 19, 2022

My name is Amanda Frentz, I am Dyllan Barbers mother. Dyllan is my oldest of four sons and has always taken on the role as man of the house to help me and his brothers. For most of Dyllans life I have had to work 2-3 jobs at a time to make sure we survived. I leaned on Dyllan during this time to help care for his brothers. Dyllan always stepped up to help with making dinner, homework, cleaning or transporting his brothers to and from practices and games when I couldn't. He has always been the one to stop and grab little things at the store (milk, bread ect) just to make things easier for me. He is the first to know when one of us are sad and try to cheer us up.  As he got older and started working he would offer to give up his money for me to work less and many times would just randomly go buy groceries when I wouldn't take his money.  Dyllan is the one I have always put a lot of trust in.  A lot of Dyllans struggles in life are a result of choices I made and even though I thought I was doing what I needed to it put a lot of pressure on him.  He is a sweet, caring and loyal person who would help anyone at any time. He is the one that would be on the sidelines for every sporting event for his brothers and show he's proud of them when their dad didn't. Dyllan has always been the one who would take his brothers on adventures to go swimming or play basketball or build a fort in the living room.

Dyllan made a huge mistake but I hope that he will be given a second chance. As he continues to navigate life he is making good choices and working to be the best he can. I am proud of who he has become.  I believe that if given the chance he will continue to prove himself and genuinely regrets his poor decisions and the effects caused by his actions.

Thank you for your time.

Sincerely,
Amanda Frentz

*United States v. Dyllan Barber*

**21-CR-145-JLS**

# DEFENDANT'S EXHIBIT B

March 22, 2022

Hello, my name is brionna washburn I am dyllan barbers girlfriend of 2 years. I am writing this letter today with the hope that whoever reads it can get a clear picture and understanding of who dyllan really is. Dyllan and I met in the spring of 2020 just after we had both graduated high school. After a while of talking to dyllan day in and out I realized how kind, caring and genuine he was. When dyllan and I began dating it came with many challenges the largest one being that we were living over 2 hours away wich was over 100 miles one way to visit each other. While the distance between us a huge inconvenience we made it work every other weekend we would take turns going to each others house. Dyllan at the time was planning on going into the national guard wich I was very supportive of being that I come from a family with much military history and almost everyone in my family is part of law enforcement in some way. Dyllan met my family and everyone loved him and he fit in so well. When covid hit and dyllans date for the national guard continued to be pushed back over and over we realized maybe another option should be looked into. It was around this time dyllan applied to be a correctional officer at the sheriffs office. Dyllan did very well in the interview process and had no problem getting the job that he wanted very bad, he was so excited. While dyllan was so excited to have gotten the job he wanted and in the same field of his dream job came many challenges. Not only was dyllan working 1st shift he was also working 2nd and 3rd shift and he was on call. Dyllan was trying so hard to prove he was deserving of this job and it was very clear he was. Working such crazy hours for work while I was working full time in the healthcare field 2 hrs away was a very challenging time to get through we barley saw each other but we managed because we both knew we were doing the best thing. It was at the time that dyllan was just finishing his full training at the sheriffs office that his schedule was just starting to mellow out that Everything changed. Amanda (dyllans mother) called me very eager and upset and she explained that dyllan had just been arrested and what was going on. There was nothing I could do but break down and cry. Not only did everything we were working so hard for get turned upside down I knew nothing would be the same. Dyllan wouldn't be the same, public outings wouldn't be the same and people would not be the same toward dyllan. After what seemed like a eternity dyllan finally came home that night but we had no way of communicating due to his phone restriction. When I came out to see him that weekend  everything was very different. It was the first time I ever saw dyllan cry and that alone broke me. At the time dyllan was unable to leave his home but it was within a few days he was given curfew hours. 7am-7pm which seemed awesome but it was not as nice as it sounded. While I had the mindset that we would finally be able to take a drive or go to the store or for a walk it took much convincing to just get dyllan up and moving. He lost almost every friend he had and most of his family even disconnected from him. He was depressed he was Embarrassed and he was scared. Dyllan was always the person to go to anyplace and know at least 2

people there and he'd always stop and ask how they were. Now that was a nightmare every conversation with anyone was revolved around what had just happened or it was people pointing and calling dyllan names or threatening him. While we thought that was bad it was just the beginning, it was within a very short time period when death threats were being made to all of us close to dyllan and nasty messages were being sent that I couldn't even bare to look at or read. Dyllan spent days trying to convince me to promise that I would not tell anyone I knew him or that I was in a relationship with him. After months of this dyllan and I took the steps to getting our own home and moving in together. Dyllan took the steps and moved 2 hours away from the negativity to get a clean fresh start. Since then things have been great dyllan works full time with his own vehicle all of the bills are paid and everything we have we worked hard for to earn. Dyllan is a person who will work until he can't anymore. If dyllan is sick he's at work if dyllan is tired he is at work if dyllan is exhausted he is at work. Dyllan is a person who wants everyone around him the be happy and he does a very good job making sure everyone is. Over the time I've been with dyllan I have seen a huge change in him when we first started dating we were fresh out of HighSchool I was a nursing student and besides that we didn't have much to worry about. Life was great and all was well. During and after this court case I have seen and continue to see a astronomical change in dyllan. As a little girl and being the youngest of 3 and the only girl a picture was always painted in my head of how a man should treat you or how he should look at, talk to and admire you. That picture is that he will always put you first he will do everything to be sure your safe and happy he will love your family as if it was his own he will work hard to make sure everyone around him is happy and he himself is happy and appreciative of himself and everyone around him. Dyllan has checked all of these boxes from day one but he continues to go above and beyond every single day. For dyllan to be accepted by and loved by my family including my dad my brothers my uncles means nothing less than the world to me. Dyllans greatest goal in life is to be the father which he never had he never had, and to be the best husband a woman could ask or wish for. Dyllan is on a great road to making sure these goals are insight but this court case has been the biggest bump in the road yet.  I have been with dyllan and his family from the very beginning we have been through thick and thin and highs and lows. No matter the outcome of this day I will continue to be there for dyllan I will stick by his side. Dyllan has been through so much he is an amazing man. Although no words I have could ever fully describe him I thank you for your time.


/s/ Brionna Wasburn

*United States v. Dyllan Barber*

**21-CR-145-JLS**

# DEFENDANT'S EXHIBIT C

March 13, 2022

My name is Elisha Williams and I am Dyllan Barbers aunt. Dyllan is very close to his family and extended family and I have had the pleasure to call him not only my nephew but my friend for all his life. Most of Dyllans life I have lived very close to him if not right across the street from him. I took care of Dyllan as a young child in my daycare for several years and he helped care for my children as a teenager. Dyllan has always been the man of our family, the helping muscle, the drop everything to help you out nephew. His caring heart is bigger than most. There is nothing Dyllan would not do for anyone family or not who was in need. I have always been able to depend on him at a moments notice for help with my children, my car, a store run, helping move. Anything I have ever asked of him he has always been there. Many times I would be coming home from work or leaving for work and Dyllan is shoveling my driveway, cleaning off my car, mowing my lawn, ECT just to help. Watching Dyllan grow into a man has truly been amazing and I want the opportunity to see him continue to grow and learn and prosper in his life. We all know what a great man he is becoming and what an amazing future he could have.

Sincerely,

Elisha Williams

*United States v. Dyllan Barber*

**21-CR-145-JLS**

# DEFENDANT'S EXHIBIT D

March 20, 2022

Hi my name is Hunter Barber and I am a younger brother to Dyllan Barber. Dyllan has helped me become the man I am today. I have always had a dream to own my own farm or be a mechanic. He always told chase your dreams and one day you will achieve them, he was correct because I was a diesel mechanic and a road technician for a fork lift company. Dyllan has been a great role model for me my entire life he pushed me to become a better man, even when I was feeling down about myself he picked me up and made me feel better about myself. He would show me new tips and tricks working on vehicles, I learned most of my mechanic career from my older brother Dyllan. Dyllan was always the polite person who would stop along side the road to help someone in need whether it was to change a tire or help them get to a gas station he always put others before himself.

/s/Hunter Barber

*United States v. Dyllan Barber*

**21-CR-145-JLS**

# DEFENDANT'S EXHIBIT E



March 17, 2022

To Whom It May Concern,

I have known Dyllan Barber for many years. Dyllan is a hard working reliable man. Dyllan puts others
before himself. I always have recognized him as an honest fun loving person. He is very reliable.
Whenever I needed assistance in the classroom we could count on Dyllan. Occasionally we would have a
student headed down the wrong path. When this happened Dyllan would be a student we would
choose as a positive roll model to have a peer to peer chat to help the wavering student. To this day I
know if there is anything I needed assistance with I would not hesitate to call on him. It has been an
honor and pleasure to know this young man.

Respectfully,
Mrs. Janet Priest
Teacher's Aide , Cattaraugus  Little Valley School
EMT-B

*United States v. Dyllan Barber*

**21-CR-145-JLS**

# DEFENDANT'S EXHIBIT F

March 19, 2022

My name is Lucas Barber and I am one of Dyllans younger brothers. As I was growing up Dyllan was a great role model and a great brother. Dyllan would go to the backyard or even to the baseball diamond and help me with my batting, throwing, running, and give me tips on how to improve. Dyllan would also help me with homework and if I was sick he would go out of his way to get me my homework as well as other stuff. Growing up Dyllan taught me a lot such as sports, video games, social skills, and much more. He would help me if I got into a pinch and didn't complain how long it took. Dyllan would also take interest in what ever I was doing.

Sincerely,

Lucas Barber

Case 1:21-cr-00145-JLS   Document 39-1   Filed 03/25/22   Page 14 of 15

*United States v. Dyllan Barber*

**21-CR-145-JLS**

# DEFENDANT'S EXHIBIT G

March 18, 2022

To Whom it may Concern

RE: Dyllan Barber

Your Honor,

     My name is Tanya Whitwood and I am one of Dyllan Barber's Aunts. Other than being his Aunt, I have also been his manager at two different businesses. I have had the opportunity to see him in different environments and I can vouch that he truly is a good person. He is a hard worker and dependable.

     As a mother of 6 children myself, I understand that each of our children is going to make mistakes. Many of the mistakes arise because they think they have to impress other kids at school. Although Dyllan did make a grave judgment in error, he is by no means a hardened criminal and does not belong in prison. I say this because I have also made mistakes and have ended up with guys who have served time in prison and most times had no remorse for their crimes. I honestly believe that there were many factors regarding this case that created the overall bad judgment causing the crime.

     Dyllan has always played sports for as long as I can remember. He and his brothers were all part of the FFA and did many shows during the Cattaraugus Fair. Dyllan has been a big part of his mother's life and helped tremendously when she was injured in a car accident. He graduated from High School and wanted to become a correction officer.

     I believe that Dyllan has a bright future if he can just get past this mistake. Prison is not going to teach him anything. Yes, it is a punishment, but they offer you nothing there. Most people I know that have come out are more hardened than when they went in. In my opinion, I think putting him through a program where he has to commit to his own progress would be more effective and teaches a better lesson. Dyllan has the potential to become a great member of his community if he is just given the chance.

Sincerely,

Tanya Whitwood