UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                                                                                                      21-CR-145-JLS

              v.                                                      **SUPPLEMENTAL**
                                                                      **SENTENCING MEMORANDUM**

DYLLAN BARBER,

                Defendant.
_____

      Brian Comerford, affirms under penalty of perjury that:

      Dyllan Barber is scheduled to be sentenced before this Court on April 20, 2022 at 2:00 PM. Attached as Exhibit A is Mr. Barber's letter for the Court's consideration at time of sentencing.

      **DATED:**    Buffalo, New York, April 14, 2022.

                                                    Respectfully submitted,

                                                **/s/ _Brian P. Comerford_**
                                                Brian P. Comerford
                                                Supervisory Assistant Federal Public Defender
                                                Federal Public Defender's Office
                                                300 Pearl Street, Suite 200
                                                Buffalo, New York 14202
                                                (716) 551-3341; FAX: 551-3346
                                                brian_comerford@fd.org
                                                *Counsel for Defendant Dyllan Barber*

**TO:**    Franz Wright
           Assistant United States Attorney

           Ashley S. McNeal
           U.S. Probation Officer