Exhibit A

To everyone who has ever been affected by this, I am sorry.  I am sorry to my family who has been with me throughout this process.  Most of all I am sorry to [the victim] for my actions toward her and any pain I caused.  I cannot take back what I did, but I have tried my best to change my life and mature from the person I was when I did this.  I'm sorry to the court and thank you for taking the time to read my letter.

Growing up I was not the average kid, I was the oldest of 8 and grew up in a broken household. I started working when I was 14 years old and since have not stopped. In my high school years, I took part in many sports the main ones being football and baseball, they were the things that kept me motivated. My father was not the best at being there for us kids, and still struggles with making us a priority to this day. I was never the kid that could look into the stands and be proud that my dad was there cheering me on beyond this I missed him at my graduation as well. My father calls me on the phone every once in a while but it is always a very quick and almost pointless call, typically that call is if he needs something.

My father and I always had a pretty rocky relationship but my grandma Barber was always there to be sure my dad was trying and if he wasn't she would make sure she got to the bottom of it. One very clear memory I have is that when I was about 12 years old my dad was making me feel like a burden and like I was a problem that he didn't need in his life so as a child I thought well I will just leave, My grandma barber lived nearby and she saw me and asked what I was doing I told her I was going away because my dad doesn't care and it would make his life easier. Grandma barber talked to me she calmed me down and she was always the one to make me feel like I was loved and wasn't just a helper or a piece of property who was only good for watching or taking care of my other brothers.

In March 2016 Grandma Barber passed away very unexpectedly which absolutely broke me I felt like the one person I could always count on the one person who actually made me feel like a normal kid and she treated me my age she was gone and that's when my dad and my relationship went downhill very quickly.

After this, my father got married to a woman who disliked all of us boys (My brothers and I) so we weren't welcome to come over often. After she and my father divorced within a couple of years my father never made the effort to repair the relationships with any of us kids so they are still very broken. Currently, my father has stage 3 stomach cancer which weighs very heavy on my mind every day I wish our relationship would be better but phone calls I feel are the most I will ever really have with him, it has been 2 years since I have seen my dad or my youngest brother Curtis (6 yrs old) in person.

My mother was a single parent who struggled so she was always busy doing everything she could to make sure we had what we needed, this often times left me to step up and make sure my brothers did what they needed to do while she was working long hours. My mom worked very hard making ends meet for all of us, and I'm very sorry for disappointing her through my actions in this case.

Beyond high school, I planned on going into the army but I struggled with losing weight and covid put a halt to that plan. When I met my girlfriend in the summer of 2020 we decided it would be best for me to look for a full-time job with good benefits. When I found the job at the Cattaraugus County Sheriff's Office I was ecstatic. My dream job has always been to be a police officer and being a corrections officer at the age of 19 was something I could be proud of. Things were looking amazing, my girlfriend and I were both working full time, saving money and doing excellent for our age when suddenly a halt was put to that as well.

When I was heading to work one morning I had just told my girlfriend to enjoy her day and I was heading out. I will never forget coming out and seeing those cops in the dining area there for me. My whole future crashed.  Within days I lost my job with nothing I could do but have anxiety attacks over and over. I was not able to leave the house, I couldn't go check the mail, I could not let the dogs out, not even help carry groceries inside. Eventually, days had gone by and I received word I could leave as long as I was home by 7 pm. But I didn't even want to. Everyone who knew me knew what was going on, they made up their minds about me, and I was dealing with very serious consequences of my actions from back in high school.

Looking back now I regret every moment of my actions at that time.  I was dealing with the loss of a friend who had died in a car accident.  I was probably depressed, but none of that excuses what I did that night.  I have spent hours regretting my actions and I feel terrible for what I did, and for any harm or pain I caused the victim in this case.

The biggest goal I have in life is to be the father I never had and be the best husband my girlfriend can imagine.  All I can do is hope that my family and my life is not ruined by something I did when I was still in high school.

The past two years has been the biggest 180 my life has ever done.  I have put so much work into turning my life around.  I have moved out of my hometown 2 hours away, gotten a good-paying union job at tops, my girlfriend and I got our own house with 2 cats, I have bought a vehicle, we have paid every single bill on time and even started to work on building credit.  This is a complete change from my life just a year ago.  Moving out of my mother's home and relocating to show that I am trying my best to avoid any negativity or drama and to show that I am no longer this young kid who makes poor decisions is very important to me.  I see the consequences I may face are serious and all I can do is hope you see I am remorseful and have matured.

To anyone who has endured pain from this, and especially the victim in the case, I am once again sorry and I can only ask you to forgive me.  Your honor and everyone here I thank you for your time.

Dyllan Barber